DARREN E. NADEL, CA Bar No. 154417
LITTLER MENDELSON
A Professional Corporation
1200 17th Street, Suite 1000
Denver, CO 80202.5835
Telephone: 303.629.6200
Facsimile: 303.629.0200
E-mail: dnadel@littler.com

**E-filed 8/31/06**

TODD K. BOYER, CA Bar No. 203132
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando St. 14th Floor
San Jose, CA 95113
Telephone: 408.998.4150
Facsimile: 408.288.5686
E-mail: tboyer@littler.com

Attorneys for Defendant
RED ROBIN INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALLEN CHENWORTH,<br><br>         Plaintiff,<br><br>    v.<br><br>RED ROBIN GOURMET BURGERS, INC.,<br><br>         Defendant. | Case No. C06-00719-JF<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Defendant RED ROBIN INTERNATIONAL, INC. substitutes Darren E. Nadel and Todd K. Boyer of Littler Mendelson, P.C. as its counsel and attorneys of record in this matter.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200

(NO. C06-00719-JF )
FIRMWIDE:81363477.1 050189.1007

NOTICE OF SUBSTITUTION OF ATTORNEYS

1  **Former Attorney**

2  For Defendant RED ROBIN INTERNATIONAL, INC.:

3  LATHAM & WATKINS, LLP
   Linda M. Incoe, Esq.
4  Darcy L. Conklin, Esq.
5  135 Commonwealth Drive
   Menlo Park, CA 94025
6  Telephone:   650.328.4600
   Facsimile:   650.463.2600
7
   The Law Firm of Latham, & Watkins, LLP is no longer RED ROBIN INTERNATIONAL, INC.'S
8
   attorneys of record in this matter.
9
                              **New Attorneys**
10

11  DARREN E. NADEL, CA Bar No. 154417
    LITTLER MENDELSON
12  A Professional Corporation
    1200 17th Street
13  Suite 1000
    Denver, CO 80202.5835
14  Telephone:   303.629.6200
    Facsimile:   303.629.0200
15  E-mail: dnadel@littler.com

16  TODD K. BOYER, CA Bar No. 203132
    LITTLER MENDELSON
17  A Professional Corporation
    50 W. San Fernando St. 14th Floor
18  San Jose, CA 95113
    Telephone:   408.998.4150
19  Facsimile:   408.288.5686
    E-mail: tboyer@littler.com
20

21
                       **Substitution Based on Consent**
22
         The undersigned consent to the substitution and certify that this substitution will not
23
    delay the proceedings in this matter.
24

25  Dated: 8/4/06
26                                          By: _____
                                                JUDITH M. KRIEG, ESQ.
27                                              For RED ROBIN INTERNATIONAL, INC.

28

LITTLER MENDELSON
A Professional Corporation
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200

(NO. C06-00719-JF )                          2.        NOTICE OF SUBSTITUTION OF ATTORNEYS
FIRMWIDE:81363477.1 050189.1007

| | |
|---|---|
| 1  Dated: 8/7/06 | LITTLER MENDELSON, P.C. |
| 2 | By: _____ |
| 3 | TODD K. BOYER |
|   | Attorneys for Defendant |
| 4 | RED ROBIN INTERNATIONAL, INC |
| 5 | |
| 6  Dated: 8/7/06 | |
| 7 | LATHAM & WATKINS, LLP |
| 8 | By: _____ |
| 9 | LINDA M. INSCOE |
|   | Former Attorneys for RED ROBIN |
| 10 | INTERNATIONAL, INC. |

**SO ORDERED.**

Dated: 8/31/06

_____
Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE

(NO. C06-00719-JF )
FIRMWIDE:81363477.1 050189.1007

3.  NOTICE OF SUBSTITUTION OF ATTORNEYS