**E-filed 8/31/06**

1  DARREN E. NADEL, Bar No. 154417
   LITTLER MENDELSON
2  A Professional Corporation
   1200 17th Street
3  Suite 1000
   Denver, CO  80202.5835
4  Telephone:    303.629.6200
   Facsimile:    303.629.0200
5  E-mail: dnadel@littler.com

6  TODD K. BOYER, Bar No. 203132
   LITTLER MENDELSON
7  A Professional Corporation
   50 W. San Fernando St. 14th Floor
8  San Jose, CA 95113
   Telephone:    408.998.4150
9  Facsimile:    408.288.5686
   E-mail: tboyer@littler.com

10

11 Attorneys for Defendant
   RED ROBIN INTERNATIONAL, INC.

12 MICHAEL HERRICK, Bar No. 63666
   HERRICK LAW OFFICES
13 1750 Montgomery St # 1104
   San Francisco, CA 94111
14 Telephone:    415.781.2804
   Facsimile:    415.781.8446
15 E-mail: Herrick@wagelaw.com

16 Attorney for Plaintiff
   DALLEN CHENWORTH

17

18                      UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20                              SAN JOSE DIVISION

21 | DALLEN CHENWORTH,              | Case No.  C06-00719-JF

22 |         Plaintiff,             | **JOINT STIPULATION AND [PROPOSED]
                                      ORDER SELECTING ADR PROCESS**
23 |    v.
                                      **ADR CERTIFICATION**
24 | RED ROBIN GOURMET BURGERS,
    | INC.,
25
    |         Defendant.
26

27

28        The parties stipulate to participate in the following ADR process:

LITTLER MENDELSON
A Professional Corporation
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200

(CASE NO.  C06-00719-JF)
Firmwide: 81410884.1 050189.1007

1.

JOINT STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

**Court Processes:**

☐ Arbitration    ☐ ENE    ☒ Mediation

The parties request that the mediator be familiar with the California and Federal labor laws; specifically those statutes and regulations related to working hours and the payment of overtime.

The parties agree to hold the ADR session by:

☒ The presumptive deadline (the deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered).

Dated: Aug 22, 2006     //s// Michael Herrick_____
                        Michael Herrick
                        Attorney for Plaintiff


Dated: Aug 22, 2006     //s// Todd K. Boyer_____
                        Todd K. Boyer
                        Attorney for Defendant


IT IS SO ORDERED:

Dated: __8/31/06__      _____
                        HON. JEREMY FOGEL
                        UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200

(CASE NO. C06-00719-JF)              2.    JOINT STIPULATION AND [PROPOSED]
Firmwide: 81410884.1 050189.1007            ORDER SELECTING ADR PROCESS

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 305(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: Aug 22, 2006       //s// Dallen Chenworth
                          DALLEN CHENWORTH
                          Plaintiff

Dated: Aug 22, 2006       //s//Michael Herrick
                          MICHAEL HERRICK
                          Attorney for Plaintiff, DALLEN CHENWORTH

Dated: Aug 22, 2006       //s/ Judith M. Krieg
                          JUDITH M. KRIEG
                          For Defendant RED ROBIN INTERNATIONAL, INC.

Dated: Aug 22, 2006       //s// Todd K. Boyer
                          TODD K. BOYER
                          Attorney for Defendant
                          RED ROBIN INTERNATIONAL, INC.

**DECLARATION OF COUNSEL REGARDING SIGNATORIES' CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT**

I, Todd K. Boyer, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am an associate in the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendant RED ROBIN INTERNATIONAL, INC.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, I possess an original or reproduced copy of the signatures of all of the signatories to this document listed above, and will maintain the signatures on file for production to the Court, if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200

(CASE NO. C06-00719-JF)
Firmwide: 81410884.1 050189.1007

3.

JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  I hereby declare under penalty of perjury, under the laws of the State of California,
2  that the foregoing is true and correct, and that this Declaration was executed on August 22, 2006, at
3  San Jose, California.

                                                    /s/ Todd K. Boyer
                                                    TODD K. BOYER

LITTLER MENDELSON
A Professional Corporation
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200

(CASE NO. C06-00719-JF)
Firmwide: 81410884.1 050189.1007

4.

JOINT STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS